JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA BRAY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. CV 22-3689 FMO (JDE)<br><br>**JUDGMENT** |

Pursuant to the Magistrate Judge's Report and Recommendation and the Order Adopting the Magistrate Judge's Findings and Conclusions, IT IS ADJUDGED THAT the decision of the Commissioner is affirmed and the above-captioned action is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 17th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge